UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,      :    17 Cr. 118-6 (KPF)

      v.                                :    ORDER

HOWARD PATTERSON,

                Defendant.
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated:    January 29, 2020
             New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge