UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 17 Cr. 118-6 (KPF) |
| HOWARD PATTERSON, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The hearing scheduled for July 6, 2021, is hereby ADJOURNED to 3:00 p.m. that same day, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: July 1, 2021
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge