

LAW OFFICES
DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

August 12, 2021

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

        Re:  United States v. Howard Patterson
            17 CR 118 (KPF)

Dear Judge Failla:

    Mr. Whidbee's VOSR proceeding is scheduled for August 13, 2021. By this letter application, I seek an adjournment of four months, to a date convenient to the Court after Dec. 6, 2021.

    The Kings County criminal case against Mr. Patterson is scheduled for December 6, 2021. Given the pendency of the underlying criminal action, it is my request that the Court forebear from holding any proceeding on the violation specification, and instead continue the matter until such time as the state criminal matter is resolved. I will provide an update of the status of the NYS matter immediately upon its conclusion.

                Sincerely,

                David Wikstrom

Application GRANTED.  The conference scheduled for August 13, 2021, is hereby ADJOURNED *sine die*.  Defendant is directed to file a letter with the Court on or before December 13, 2021, providing a status update on the ongoing state criminal proceeding.

The Clerk of Court is directed to terminate the pending motion at docket entry 298.

Date:     August 12, 2021          SO ORDERED.
          New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE